**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In Re:

SHAWN KIMBERLY WHITE                                         Case No 25-14236
                                                            Chapter 13

            Debtor.


                              STATUS REPORT


        The Debtor, by and through counsel, Law Office of Bonnie Bell Bond, LLC, submits her Status Report filed in response to this Court's Order Regarding Motion to Dismiss and states as follows:

        1.      There is a pending Motion to Dismiss filed by the Chapter 13 Trustee on January 9, 2026 and a response filed by the Debtor on January 26, 2026.

        2.      On April1 3, 2026, this Court issued its Order Regarding Motion to Dismiss requiring the Debtor to file alternatively, a joint statement with the Trustee that the Debtor is current on plan payments, a stipulation with a statement of arrangements to cure over a period of time or other appropriate pleading addressing the payment of arrearages.

        3.      Debtor has filed an Amended Plan dated April 27, 2026 which addresses the arrearage and brings Plan payments current through April 30, 2026.

        4.      Debtor and her non-filing spouse own a business 3BI Development, LLC which provides their primary source of income. 3BI Development, LLC serves as a consultant in real estate development projects.  3BI Development has an Employment Contract which provides for annual income of $310,000 plus a signing bonus of $125,000 and the possibility of an annual performance bonus.

        5.      The signing bonus and other amounts due under the Employment Contract are payable when the development project is funded. The signing bonus funds form the basis to make the semi-annual payments due under the Plan of $75000 in addition to the normal monthly payments. The funding was initially anticipated to occur in January 2026 but the lender required a Phase II Report which took time.  The Debtor accordingly amended the Plan to provide for the first $75,000 payment to be made in April.  There were some additional delays in completing funding for the development project which are outside the control of Mr. and Mrs. White.  The funding is awaiting final loan committee approval on April 28, 2026.

        6.      Debtor has filed an Amended Plan which brings Plan payments current

through April 30, 2026.  The Plan provides for a normal monthly payment of $5300 in May 2026 and a payment due by June 8, 2026 of $95,300.  The signing bonus due under the Employment Contract will form the ability to make the $95,300 payment.

7.      In light of the Amended Plan, the Debtor requests that the hearing on confirmation of the Plan be reset and rescheduled for June after the June 8 deadline so that the Debtor can establish that the funding for the development project has completed which will establish feasiblity of the Plan. Debtor is prepared to stipulate to dismissal of the Chapter 13 case if the June 8th payment is not timely made.

WHEREFORE, Debtor submits this Status Report and submits that the Amended Plan resolves the Motion to Dismiss and respectfully requests that this Court set a deadline for notice of the amended plan and reschedule the hearing on confirmation of the Chapter 13 Plan until after June 8, 2026 and for such other and further relief as the Court deem just.

**DATED** this 27th day of April, 2026.

LAW OFFICE OF BONNIE BELL BOND, LLC

By:_____/s/ Bonnie Bell Bond_____
Bonnie Bell Bond, #14923
8400 E. Prentice Avenue, Suite 1040
Greenwood Village, Colorado 80111
Phone:  303-770-0926
Fax:  303-770-0965
bonnie@bellbondlaw.com
COUNSEL FOR DEBTOR

CERTIFICATE OF SERVICE

I certify that on April 27, 2026, I served a complete copy of the foregoing on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

*Michael Edlen, attorney for Chapter 13 Trustee, via CM/ECF*
*Adam Goodman, Chapter 13 Trustee*
*Alison L. Berry, counsel for HSBC via CM/ECF*
*N. April Winecki, counsel for HSBC via CM/ECF*

___/s/ Bonnie Bell Bond___